1  Anoush Hakimi (SBN 228858)
2  *anoush@handslawgroup.com*
3  Peter Shahriari (SBN 237074)
   *peter@handslawgroup.com*
4  Ani Avetisyan (SBN 266679)
5  *ani@handslawgroup.com*
   Laura Steven (SBN 332168)
6  *laura@handslawgroup.com*
7  **THE LAW OFFICE OF HAKIMI & SHAHRIARI**
8  1800 Vine Street,
   Los Angeles, CA 90028
9
10 Telephone: (888) 635-2250
   Facsimile: (213) 402 - 2170
11
   Attorneys for Plaintiff,
12 **SANDRA EDMONDS**

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA EDMONDS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DAVID GRAMERCY LLC, a California Limited Liability Company; and DOES 1-10,<br><br>　　　　Defendants. | Case No.: 2:21-cv-00168-SVW-MAA<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS**<br><br>[Fed. R. Civ. P. Rule 41(a)(2)] |

　　　Plaintiff Sandra Edmonds requests that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendant David Gramercy LLC, from Plaintiff's Complaint, Case Number 2:21-

PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF ALL DEFENDANTS

1. cv-00168-SVW-MAA. The parties herein reached settlement of the present action.
2. Each party will be responsible for their own fees and costs.

Dated: March 1, 2021          **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: /s/Peter Shahriari
    Peter Shahriari, Esq.
    Attorneys for Plaintiff, Sandra Edmonds