1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

9

## CENTRAL DISTRICT OF CALIFORNIA

10
11
12

SANDRA EDMONDS,

13

          Plaintiff,

14

    v.

15

DAVID GRAMERCY LLC, a California
Limited Liability Company; and DOES 1-

16

10,

17

          Defendants.

18
19
20

Case No.: 2:21-cv-00168-SVW-MAA

*Hon. Stephen V. Wilson*

**ORDER FOR DISMISSAL WITH PREJUDICE**

Action Filed: January 8, 2021
Trial Date:    Not on Calendar

21
22
23
24
25
26
27
28

1

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE

1    Pursuant to <u>Fed. R. Civ. P. 41</u>, the Court, having considered the documents before
2  it, and being fully advised finds as follows:
3         **IT IS ORDERED THAT:**
4         Plaintiff Sandra Edmonds' ("Plaintiff") action against Defendant David Gramercy
5  LLC ("Defendant") is dismissed with prejudice. Each party will be responsible for their
6  own fees and costs.
7
8
9
10
11
     Dated:    March 2, 2021
12                                              Hon. Stephen V. Wilson
                                                United States District Judge
13                                              Central District of California
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE